01

02

03                                UNITED STATES DISTRICT COURT
                                WESTERN DISTRICT OF WASHINGTON
04                                         AT SEATTLE

05
        EMILY JOHNSON,                            )
06                                                )   CASE NO. C10-1650TSZ
                              Plaintiff,          )
07                                                )
              v.                                  )   MINUTE ORDER
08                                                )
        STATE FARM MUTUAL                         )
09      AUTOMOBILE INSURANCE                       )
        COMPANY,                                  )
10                                                )
                              Defendant.          )
11      _____         )

12
              The following Minute Order is made by direction of the Court, the Honorable
13      Thomas S. Zilly, United States District Judge:

14            (1)     State Farm's Motion for Partial Summary Judgment to dismiss the IFCA
        Claim, docket no. 44, is hereby DENIED.   Before bringing a claim under the Insurance
15      Fair Conduct Act ("IFCA"), a claimant must give twenty days written notice to the
        insurer.   RCW 48.30.015(8)(a).   "If the insurer fails to resolve the basis for the action
16      within the twenty-day period after the written notice by the first party claimant, the first
        party claimant may bring the action without any further notice."   RCW
17      48.30.015(8)(b).   By letter dated April 8, 2010, Ms. Johnson sent State Farm a notice
        letter under the IFCA giving State Farm twenty days notice as required by law.   Ex. C.
18      to Decl. of Vasudev N. Addanki in Supp. of State Farm's Mot. for Partial Summ. J. on
        IFCA Claim ("Addanki Decl.") (docket no. 45-3).   On April 22, 2010, State Farm
19      wrote to Ms. Johnson that they were extending an offer in the amount of $200,000 to
        settle her claim.   Ex. D. to Addanki Decl.   However, it is undisputed that State Farm
20      failed to resolve the basis for Ms. Johnson's action within the twenty-day period.   As a
        result, Plaintiff was entitled to bring this claim under the IFCA as a matter of law.
21      Material issues of fact exist as to whether State Farm unreasonably denied Ms. Johnson
        payment of benefits.   See RCW 48.30.015(1).
22

MINUTE ORDER
PAGE -1

01

02          (2)     The Clerk is directed to send copies of this Minute Order to all counsel of
record.

03          Filed and entered this 3rd day of February, 2012.

04                                      WILLIAM M. McCOOL, Clerk

05                                      s/ Claudia Hawney

06                          By:     _____

07                                      Claudia Hawney
                                        Deputy Clerk

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

MINUTE ORDER
PAGE -2