UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EMILY JOHNSON, )
                                  ) CASE NO. C10-1650TSZ
                Plaintiff, )
                                  )
       v. ) MINUTE ORDER
                                  )
STATE FARM MUTUAL )
AUTOMOBILE INSURANCE )
COMPANY, )
                                  )
               Defendant. )
_____ )

       The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

       (1)     State Farm's Motion for Partial Summary Judgment to dismiss the IFCA Claim, docket no. 44, is hereby DENIED. Before bringing a claim under the Insurance Fair Conduct Act ("IFCA"), a claimant must give twenty days written notice to the insurer. RCW 48.30.015(8)(a). "If the insurer fails to resolve the basis for the action within the twenty-day period after the written notice by the first party claimant, the first party claimant may bring the action without any further notice." RCW 48.30.015(8)(b). By letter dated April 8, 2010, Ms. Johnson sent State Farm a notice letter under the IFCA giving State Farm twenty days notice as required by law. Ex. C. to Decl. of Vasudev N. Addanki in Supp. of State Farm's Mot. for Partial Summ. J. on IFCA Claim ("Addanki Decl.") (docket no. 45-3). On April 22, 2010, State Farm wrote to Ms. Johnson that they were extending an offer in the amount of $200,000 to settle her claim. Ex. D. to Addanki Decl. However, it is undisputed that State Farm failed to resolve the basis for Ms. Johnson's action within the twenty-day period. As a result, Plaintiff was entitled to bring this claim under the IFCA as a matter of law. Material issues of fact exist as to whether State Farm unreasonably denied Ms. Johnson payment of benefits. See RCW 48.30.015(1).

MINUTE ORDER
PAGE -1

(2) The Clerk is directed to send copies of this Minute Order to all counsel of record.

Filed and entered this 3rd day of February, 2012.

                        WILLIAM M. McCOOL, Clerk

                        s/ Claudia Hawney
        By: _____
                        Claudia Hawney
                        Deputy Clerk

MINUTE ORDER
PAGE -2