UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMILY JOHNSON, ) | |
| ) | CASE NO. C10-1650TSZ |
| Plaintiff, ) | |
| ) | |
| v. ) | MINUTE ORDER |
| ) | |
| STATE FARM MUTUAL ) | |
| AUTOMOBILE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) State Farm's Motion for Summary Judgment on Extracontractual Claims, docket no. 50, is DENIED. There are material issues of fact that preclude summary judgment on Ms. Johnson's extracontractual claims. See Smith v. Safeco Ins. Co., 150 Wn.2d 478, 484 (2003) ("Whether an insurer acted in bad faith is a question of fact.").

(2) The Clerk is directed to send copies of this Minute Order to all counsel of record.

Filed and entered this 6th day of February, 2012.

WILLIAM M. McCOOL, Clerk

s/ Claudia Hawney
By: _____
Claudia Hawney
Deputy Clerk

MINUTE ORDER
PAGE -1